# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Thomas O Matula, Jr., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 24-cv-3703 JRT/DJF |
| Wells Fargo & Company, Human Resources Committee of the Board of Directors of Wells Fargo, Wells Fargo Employee Benefit Review Committee, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [Docket No. 37] is **GRANTED**.

2. The Complaint [Docket No. 1] is **DISMISSED with prejudice**.

Date: 6/23/2025                                                                 KATE M. FOGARTY, CLERK